UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:14-cv-61258-WPD

HEATHER MITTON,

    Plaintiff,

v.

GULF COAST COLLECTION
BUREAU, INC., PLANTATION
GENERAL HOSPITAL LIMITED
PARTNERSHIP d/b/a
PLANTATION GENERAL
HOSPITAL and WEST BOCA
MEDICAL CENTER, INC.,

    Defendants.
_____/

## DEFENDANT, GULF COAST COLLECTION BUREAU, INC.'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, GULF COAST COLLECTION BUREAU, INC., by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| Gulf Coast Collection Bureau, Inc. | Defendant |
| Ernest H. Kohlmyer, III | Defendant's counsel |
| Urban, Thier, Federer & Chinnery, P.A. | Defendant's counsel |
| Heather Mitton | Plaintiff |
| J. Dennis Card, Jr. | Plaintiff's counsel |
| Consumer Law Organization | Plaintiff's counsel |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5. I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 7th day of July, 2014.

Respectfully submitted,

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 7, 2014, via the Court Clerk's CM/ECF system which will provide notice to the following: J. Dennis Card, Jr., Esquire of the law firm Consumer Law Organization at dcard@consumerlaworg.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL  32801
Phone: (407) 245-8352
Fax: (407) 245-8361
Attorneys for Defendant, *Gulf Coast Collection Bureau, Inc.*