UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61258-CIV-DIMITROULEAS

HEATHER MITTON,

    Plaintiff,
v.

GULF COAST COLLECTION BUREAU, INC.
PLANTATION GENERAL HOSPITAL LIMITED
PARTNERSHIP d/b/a PLANTATION GENERAL HOSPITAL
and WEST BOCA MEDICAL CENTER, INC.,

    Defendants.
_____/

**ORDER DEFERRING RULING ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

THIS CAUSE is before the Court upon the Unopposed Motion to Withdraw as Counsel of Record for Plaintiff (the "Motion") (DE 31), filed herein on March 12, 2015, by Plaintiff's counsel J. Dennis Card, Jr., Esq. The Court has carefully considered the Motion (DE 31) and is otherwise fully advised in the premises.

Although it appears that Plaintiff and Mr. Card might be in agreement about the withdrawal, the Court, nonetheless, will defer ruling on the Motion (DE 31) until Plaintiff has had an opportunity to file any objections to the Motion. A failure to timely file objections will result in the granting of the Motion (DE 31).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Counsel for Plaintiff shall mail a copy of this Order to Plaintiff on or before **April 21, 2015**.

2. On or before **April 21, 2015**, Counsel for Plaintiff shall file a Notice with the Court indicating that he has mailed a copy of the Order to Plaintiff and the date of

    such mailing.  In the Notice, Plaintiff's Counsel shall also provide to the Court a current **ADDRESS** for Plaintiff.

3. The Court will defer ruling on the Motion (DE 31) until **May 1, 2015** to hear any objections to the instant Motion (DE 31).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this16th day of April 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record