UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61258-CIV-DIMITROULEAS

HEATHER MITTON,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.
PLANTATION GENERAL HOSPITAL LIMITED
PARTNERSHIP d/b/a PLANTATION GENERAL
HOSPITAL and WEST BOCA MEDICAL CENTER, INC.,

    Defendants.

_____/

## NOTICE OF COMPLIANCE

Counsel for Plaintiff hereby files this Notice of Compliance with the Court's Order Deferring Ruling on Unopposed Motion to Withdraw as Counsel of Record for Plaintiff dated April 17, 2015, requiring Plaintiff to mail a copy of the Court's Order on or before April 21, 2015. This Order was mailed to Plaintiff on April 21, 2015. Plaintiff's home address is 830 SE 13th Court, Fort Lauderdale, FL 33060.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail to the counsel indicated in the attached Service List this 23rd day of April, 2015.

Respectfully Submitted,

 /S/ J. Dennis Card
J. Dennis Card, Jr., Esq.
Florida Bar No. 0487473
E-mail: Dcard@consumerlaworg.com
Hicks, Motto & Ehrlich, P.A.
3399 PGA Boulevard, Suite 300
Palm Beach Gardens, FL 33410
Telephone: (561) 683-2300
Facsimile: (305) 574-0132
Attorney for Plaintiff

## SERVICE LIST

**Defendant, Gulf Coast Collection Bureau, Inc.**
Ernest Henry Kohlmyer, III, Esquire
Urban Thier & Federer, P.A.
200 S. Orange Avenue
Suite 2000
Orlando, FL 32801
407-245-8352
Fax: 407-245-8361
Email: kohlmyer@urbanthier.com

**Defendant, West Boca Medical Center, Inc.**
Lorne S. Cabinsky, Esquire
Law Offices of Lorne S. Cabinsky, P.A.
3020 NE 32nd Avenue
Suite 201B
Fort Lauderdale, FL 33308
954-563-6900
Fax: 954-563-6908
Email: lc@lcabinskylaw.com