UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61258-CIV-DIMITROULEAS

HEATHER MITTON,

      Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.
PLANTATION GENERAL HOSPITAL LIMITED
PARTNERSHIP d/b/a PLANTATION GENERAL HOSPITAL
and WEST BOCA MEDICAL CENTER, INC.,

      Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF
RECORD FOR PLAINTIFF**

THIS CAUSE is before the Court upon the Unopposed Motion to Withdraw as Counsel of Record for Plaintiff (the "Motion") (DE 31), filed herein on March 12, 2015, by Plaintiff's counsel J. Dennis Card, Jr., Esq. The Court has carefully considered the Motion (DE 31) and is otherwise fully advised in the premises.

On April 17, 2015, this Court deferred ruling on the Motion (DE 31), to give Plaintiff an opportunity to file any objections to the Motion.  (DE 32.)  The Court noted that "[a] failure to timely file objections will result in the granting of the Motion." (*Id.*).  Plaintiff's counsel filed a Notice with the Court in compliance with the Court's Order.  (DE 33.)   To date, Plaintiff has not filed any objections to the granting of the Motion.

Accordingly, and for good cause shown, it is **ORDERED AND ADJUDGED** as follows:

    1.  The Unopposed Motion to Withdraw as Counsel of Record for Plaintiff (DE 31) is **GRANTED**.

2.   The law firm of Consumer Law Organization, P.C. and J. Dennis Card, Esq.

therein are hereby relieved of any further obligation to represent Plaintiff in this

matter.

3.   The Clerk of the Court shall update the docket with Plaintiff's address of record

as provided in DE 33.

4.   All deadlines in the Court's Scheduling Order (DE 21) remain in full force and

effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 5th day of May 2015.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:

Counsel of record

Heather Mitton, *pro so*
830 SE 13th Court
Fort Lauderdale, FL 33060